IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-_____

MICHELLE BROWN, obo her minor child and as an individual; and
J.R., both as a minor child and as an individual,

Plaintiffs,

v.

DOUGLAS COUNTY SCHOOL DISTRICT (vicariously for Dr. Christopher Page, Kerith
Stuebinger, Rosie Alkema Trindle, Clint Robertson, Kelly Corr and Amy Strives);
PRINCIPAL DR. CHRISTOPHER PAGE OF HIGHLANDS RANCH HIGH SCHOOL;
PRINCIPAL GREG GOTCHEY OF CHAPARRAL HIGH SCHOOL;
ANDREW SCHIEBLER, individually and obo ANDREW SCHIEBLER JR.;
BETHANY SCHIEBLER, individually and obo ANDREW SCHIEBLER JR.;
ANDREW JACOB SCHIEBLER JR.;
ERIN BAILEY, individually and obo JACOB DAVISON;
JACOB DAVISON;
CHRISTOPHER FINLEY, individually and obo AUSTIN GIBBS;
VIRGINIA FINLEY, individually and obo AUSTIN GIBBS;
AUSTIN GIBBS;
DUSTIN NUNN, individually and obo HAILEY NUNN;
HAILEY NUNN;
CALEB MICHAEL STEELE, individually and obo ELIJAH STEELE; and
ELIJAH STEELE,

Defendants.

---

## NOTICE OF REMOVAL TO FEDERAL COURT

---

Defendants Douglas County School District, Christopher Page, Greg Gotchey, and Kerith

Stuebinger,[1] through undersigned counsel, pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446,

hereby give notice of removal of this case from Douglas County District Court, Colorado, to the

---

[1] Ms. Stuebinger is not included in the caption for the Third Amended Complaint, but Plaintiff's 36th claim for relief
is against her.

1

United States District Court for the District of Colorado. As grounds for removal, Defendants state as follows:

On or about November 21, 2025, Plaintiffs filed a civil action in Douglas County District Court asserting claims under Colorado law. Defendant School District was served with the Complaint on or about January 9, 2026.

Undersigned counsel entered their appearance as counsel of record for the School District on January 13, 2026.

Plaintiffs filed their First Amended Complaint on January 6, 2026; their Second Amended Complaint on June 28, 2026; and their Third Amended Complaint on July 27, 2026. In their Third Amended Complaint, Plaintiffs assert three claims under 42 U.S.C. § 1983 asserting violations of federal law. The deadline to respond to the Third Amended Complaint is August 10, 2026.

This Court has original jurisdiction over this action pursuant to the provisions of 28 U.S.C. § 1441(a) because Plaintiffs' allegations under 42 U.S.C. § 1983 arise under federal law. Venue is proper in this Court because the State Court Action is pending in Colorado and the actions or occurrences alleged in the Third Amended Complaint are in Colorado. *See* 28 U.S.C. § 1441(a).

This Notice of Removal is filed within thirty days of service of the Third Amended Complaint and is timely filed pursuant to 28 U.S.C. § 1446(b).

Consistent with 28 U.S.C. § 1446(b)(2)(A), all Defendants who have been properly joined and served consent to removal. (*See* Consent to Removal, below.) All other Defendants listed in the caption of the Third Amended Complaint have not appeared in this action and have had default entered against them, including Defendants Austin Gibbs, Caleb Michael Steele, Christopher

2

Finley, Virginia Finley, and Elijah Steele. Defendant Hailey Nunn previously had default entered against her, but that default was lifted by the Douglas County District Court.

Pursuant to 28 U.S.C. § 1446(d), the School District will provide prompt written notice of the removal of this action to Plaintiffs and will file a copy of this Notice of Removal with the Clerk of Douglas County District Court as soon as this Notice of Removal has been filed in this Court.

Pursuant to D.C. Colo. L Civ R 81.1, undersigned counsel certify that there are no hearings set before the Douglas County District Court from which this case is removed and all pleadings and process files therein are attached hereto.

Pursuant to D.C. Colo. L Civ R 81.1, undersigned counsel certify that a current docket sheet (Register of Actions) is attached hereto and filed with this Notice.

WHEREFORE, Defendants Douglas County School District, Christopher Page, Greg Gotchey, and Kerith Stuebinger request that the action now pending before the Douglas County District Court, Colorado, Civil Action No. 2026 CV 31250, be removed to this Court, and for such other and further relief as this Court deems necessary and proper.

Respectfully submitted this 10th day of August 2026.

s/ Elliott V. Hood
Elliott V. Hood
Zoe Verhoeven
CAPLAN AND EARNEST LLC
3107 Iris Avenue, Suite 100
Boulder, CO 80301
303-443-8010
ehood@celaw.com
zverhoeven@celaw.com

*Attorneys for Defendant Douglas County School District, Christopher Page, Greg Gotchey and Kerith Stuebinger*

3

**CONSENT TO REMOVAL**:

s/ *Sophia Faiella*
Sophia Faiella
Ashley White
BAKER LAW GROUP, PLLC
8301 East Prentice Avenue, Suite 405
Greenwood Village, CO 80111
303-862-4564
sophia@jbakerlawgroup.com
ashley@jbakerlawgroup.com
*Attorneys for Defendants Erin Bailey and Jacob*
*Davison*

s/ *Matthew Epstein*
Matthew Epstein
CLYDE & CO US LLP
One North Central Avenue, Suite 1030
Phoenix, AZ 85004
303-301-8950
Matthew.Epstein@clydeco.us
*Attorney for Defendants Andrew & Bethany*
*Schiebler*

s/ *Bradley Ross-Shannon*
Bradley Ross-Shannon
ROSS-SHANNON & PROCTOR, P.C.
300 Union Boulevard, Suite 415
Lakewood, CO 80228
303-988-9500
br-s@ross-shannonlaw.com
*Attorneys for Defendant Andrew Schiebler Jr.*

s/ *Sophia E. Kyziridis*
Sophia E. Kyziridis
Boyd A. Rolfson
ROBINSON & HENRY, P.C.
1805 Shea Center Drive, Suite 180
Highlands Ranch, CO 80129
303-688-0944
sophia.kyziridis@robinsonandhenry.com
boyd@robinsonandhenry.com
*Attorneys for Defendants Dustin Nunn o/b/o Hailey*
*Nunn and Hailey Nunn*

4

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on August 10, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that I will send notification of such filing to the following by email:

Alessandra Morales, Esq.
Morales Law Firm
alessandra@amoraleslawfirm.com
*Attorney for Plaintiffs*

Bradley Ross-Shannon, Esq.
Ross-Shannon & Proctor, PC
br-s@ross-shannonlaw.com
*Attorney for Defendant Andrew Schiebler Jr.*

Matthew L. Epstein, Esq.
Clyde CO US LLP
matthew.epstein@clydeco.us
*Attorney for Defendants Andrew Schiebler and Bethany Schiebler*

Ashley W. White, Esq.
Sophia P. Faiella, Esq.
Baker Law Group, LLC
sophia@jbakerlawgroup.com
ashley@jbakerlawgroup.com
*Attorneys for Defendants Erin Bailey and Jacob Davison*

Sophia E. Kyziridis, Esq.
Boyd A. Rolfson, Esq.
Robinson & Henry, P.C.
sophia.kyziridis@robinsonandhenry.com
boyd@robinsonandhenry.com
*Attorneys for Dustin Nunn and Hailey Nunn*

s/*Shelley McKinstry*
Shelley McKinstry, Paralegal

5